IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **GWINNETT PLACE MALL GA LLC,**<br><br>  Plaintiff,<br><br>vs.<br><br>**MALL AT GWINNETT PLACE, LLC** also d/b/a Gwinnett Place and **LAKESIDE BANK** a/k/a Lakeside Bancorp, Inc.,<br><br>  Defendants. | **CIVIL ACTION NO.**<br><br>**1:15-cv-02185-SCJ** |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW Plaintiff Gwinnett Place Mall GA LLC ("GPMG") and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and settlement between all parties dismisses the above-styled action with prejudice.

Submitted this 3rd day of November, 2015.

**/s/ Griffin B. Bell, III, Esq.**
Attorney Bar No. 048050 (GA)
Attorney for Plaintiff
Griffin Bell III, P.C.
309 Sycamore Street
Decatur, Georgia 30030
(404) 458-4086
Email: gbb@gb3pc.com

## CERTIFICATE OF SERVICE

I certify that this 3rd day of November, 2015 I served a copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL on all parties in this action by United States mail, postage pre-paid, to the following:

| | |
|---|---|
| **Rebecca M. Lamberth** | Vincent J. Tolve, Esq. |
| Duane Morris LLP | Lakeside Bank |
| Suite 2000 | Operations Center |
| 1075 Peachtree Street NE | 1055 W. Roosevelt Road |
| Atlanta, GA 30309-3929 | Chicago, IL 60608 |

**/s/ Griffin B. Bell, III, Esq.**
Counsel